UNITED STATES of America, Plaintiff–Appellee,

v.

John HAMILTON, a/k/a Majestick, Defendant–Appellant.

No. 15–7822.

United States Court of Appeals, Fourth Circuit.

Submitted: April 21, 2016.

Decided: April 25, 2016.

John P. Hamilton, Appellant Pro Se. Gary L. Call, John J. Frail, Steven Loew, Assistant United States Attorneys, Charleston, West Virginia; John Lanier File, Assistant United States Attorney, Beckley, West Virginia; John Castle Parr, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Hamilton appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hamilton*, No. 1:95–cr–00174–1 (S.D.W.Va. Nov. 6, 2015). We deny Hamilton's motion to

appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*